# WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

**Aaron Weissberg**
Associate
Tel.914.872.718

Via ECF
& via email to CronanNYSDChambers@nysd.uscourts.gov

February 1, 2021

Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007-1312

LETTER MOTION ON STATUS AND REQUESTING EXTENSION OF TIME

Re:  Xiaohui Chen v. Bank of America, N.A.
     Civil Action No. 1:20-cv-9476 (JPC)

Dear Judge Cronan:

The firm of Wilson Elser Moskowitz Edelman & Dicker LLP are the attorneys for defendant, Bank of America, N.A. ("BANA"), in this action. Ahmad Keshavarz, Esq. and Emma Caterine, Esq., of the Law Office of Ahmad Keshavarz are the attorneys for the Plaintiff in this action.

I am writing on behalf of both parties on the status of this matter and to inform the Court that the parties have reached a settlement in principle and ask the court to cancel all future court deadlines and appearances and also ask for 60 days extension of time so that the parties can finalize the settlement and file a stipulation of dismissal. I have communicated with Plaintiff's counsel who consents to this request.

We thank the court for its kind consideration of the foregoing.

It is hereby ORDERED that all deadlines and conferences in this case are ADJOURNED *sine die*, and that if the parties have not voluntarily dismissed this case by April 2, 2021, they must submit a letter regarding the status of settlement discussions by that date. The Clerk of the Court is respectfully directed to close Dkts. 13 and 14.

SO ORDERED.
Date:  February 1, 2021
       New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge

Respectfully submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

*[signature]*
Aaron Weissberg

cc:  All counsel of record via ECF
     Ahmad Keshavarz, Esq., via email to: ahmad@newyorkconsumerattorney.com
     Emma Caterine, Esq., via email to emma@newyorkconsumerattorney.com

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix • San Diego
San Francisco • Sarasota • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

8626078v.1